UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:20-CR-000413-D-3

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| DAVID VASQUEZ | ) |  |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket Entry 164. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE, ORDERED that the requested documents be sealed and filed under seal.

This the **25** day of **April** 2022.

THE HONORABLE JAMES C. DEVER, III
UNITED STATES DISTRICT COURT JUDGE