UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20CR00413-003D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL EXHIBIT |
| | ) | |
| DAVID VASQUEZ, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion to Seal Exhibit A – Medical Records [D.E. 214] attached to Government's Response in Opposition to Defendant's Supplemental Memorandum of Law [D.E. 213]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit A – Medical Records [D.E. 214].

SO ORDERED this 28 day of July, 2025.

JAMES C. DEVER III
United States District Judge